No. 77–419.  HOUSTON BELT & TERMINAL RAILWAY CO. v. WHERRY.  Appeal from Ct. Civ. App. Tex., 1st Sup. Jud. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–5561.  JONES v. COLORADO.  Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 76–1588.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. McMAHON.  Appeal from D. C. E. D. N. Y.  Motion of appellee for leave to proceed *in forma pauperis* granted, judgment vacated, and case remanded for further consideration in light of *Califano* v. *Jobst, ante,* p. 47.

No. 77–53.  PIERRE ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded to consider question of mootness.

No. 77–5069.  NUNLEY v. UNITED STATES.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment of the United States Court of Appeals for the Sixth Circuit vacated and case remanded to the United States District Court for the Western District of Tennessee with directions to dismiss the indictment.

No. 75–1690.  PARHAM, COMMISSIONER, DEPARTMENT OF HUMAN RESOURCES OF GEORGIA, ET AL. v. J. L. ET AL.  Appeal from D. C. M. D. Ga.  [Probable jurisdiction noted, 431 U. S. 936.]  Motion of the Solicitor General for leave to file a brief as *amicus curiae* granted.